IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CRIMINAL NO. 16-CR-30116-NJR |
| vs. | ) | |
| WHEELER PAAVOLA, Defendant. | ) | |

## STIPULATION OF FACTS

The Defendant and the Government agree and stipulate as follows:

1. On July 27, 2016, in Bond County, Illinois, within the Southern District of Illinois, Defendant was a federal prison inmate confined at FCI Greenville.

2. On July 27, 2016, Defendant knowingly possessed a small quantity of AB-FUBINACA, a Schedule I Controlled Substance, commonly known as "K-2."

3. AB-FUBINACA ("K-2") is classified by the Federal Bureau of Prisons as a prohibited object.

SO STIPULATED.

DONALD S. BOYCE
United States Attorney

ROBERT L. GARRISON
Assistant United States Attorney

Date: 12/19/16

WHEELER PAAVOLA
Defendant

THOMAS GABEL
Attorney for Defendant

Date: 12/19/16